IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Gerard A. Walsh, | ) | Case No. 1:17-cv-3483 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Notice of Dismissal of Defendant |
| Ocwen Mortgage Servicing, Inc. and | ) | Ocwen Mortgage Servicing, Inc. |
| Ocwen Loan Servicing, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Gerard A. Walsh, through counsel, hereby gives notice of the voluntary dismissal without prejudice of Defendant Ocwen Mortgage Servicing, Inc. from this action. Defendant Ocwen Mortgage Servicing, Inc. has not filed an answer or motion for summary judgment at this time.

Dated: July 18, 2017

                                                Respectfully submitted,

                                                By: /s/ Sarah T. McEahern
                                                Sarah T. McEahern, Esq.
                                                HYDE & SWIGART
                                                1525 Josephine St.
                                                Denver, CO 80206
                                                Telephone: (303) 731-5493
                                                FAX: (800) 635-6425
                                                Email: sm@westcoastlitigation.com

Abbas Kazerounian
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
FAX: (800) 520-5523
 Email: ak@kazlg.com

*Attorneys for Gerard A. Walsh*