IN THE UNITED STATES DISTRICT COURT
Northern DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Gerald A. Walsh, | Case No. 1:17-cv-3483 |
| | Honorable John J. Tharp, Jr. |
| Plaintiff, | |
| v. | |
| | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| Ocwen Loan Servicing, LLC, | |
| Defendant. | |

_____

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

The Plaintiff, Gerald A. Walsh ("Plaintiff"), and Defendant, OCWEN LOAN SERVICING, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. The Parties have reached a settlement in this action;
2. The Parties to this litigation have jointly entered into this Stipulation;
3. Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;
4. The Parties are to bear their own fees and costs;
5. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and the Defendant; and
6. The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

Dated: October 24, 2018				HYDE & SWIGART

					By:	*/s Anthony Chester*
						Anthony P. Chester (P77933)
						HYDE & SWIGART
						120 South 6th Street, Suite 2050
						Minneapolis, MN 55402
						Telephone: (952) 225-5333
						Email: tony@westcoastlitigation.com


Dated: October 24, 2018				HINSHAW & CULBERTSON LLP

					By:	*/s Jennifer W. Weller*
						Jennifer W. Weller
						HINSHAW & CULBERTSON LLP
						151 North Franklin Street, Suite 2500
						Chicago, IL 60606
						Telephone: (312) 704-3000
						Email: jweller@hinshawlaw.com