UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Gerard A. Walsh

          Plaintiff,

v.           Case No.: 1:17−cv−03483
          Honorable John J. Tharp Jr.

Ocwen Mortgage Servicing, Inc., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 25, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:The parties' joint stipulation of dismissal with prejudice [42] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) is self−executing; no ruling by the Court is required. Upon the parties' stipulated dismissal with prejudice, all scheduled hearings and deadlines are stricken and any pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.